

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**FILED**
SEP 1 2 2013
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re

ROBERT MICHAEL WARREN

Chapter 13

Case Number # 10-19739

Debtor (s)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to Robert Michael Warren

in the amount of $4,397.68 ___ and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to Jamille B. Warren and Ashley B. Warren Rivera _____.

**I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.**

*Camille B Warren / Ashley B Warren Rivera*
*Signature required*





FILED

SEP 1 2 2013

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:**<br>ROBERT MICHAEL WARREN | **Case Number:** # 10-19739<br><br>**Chapter:** 13 |
| **Debtor(s)** | |

COPY FOR BK CT.

## NOTICE OF SERVICE

Notice is hereby given that on ___9|11|2013___, a copy of the Application for

Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the

District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix,**

**Arizona 85004.**

by: _____

**Signature Required**