SO ORDERED.

Dated: October 11, 2013

*[signature]*

**Eddward P. Ballinger Jr., Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | CHAPTER 13 |
| ) | |
| ROBERT MICHAEL WARREN ) | 4:10-bk-19739-EPB |
| ) | |
| ) | **ORDER DENYING APPLICATION** |
| ) | **FOR PAYMENT OF** |
| Debtor . ) | **UNCLAIMED FUNDS** |

By order of June 6, 2012, the Chapter 13 trustee paid $4,397.68 to the court's registry as unclaimed funds which were due the debtor, Robert Michael Warren. Pursuant to 28 U.S.C. §2042, the unclaimed funds are held in the court's registry until the rightful owner entitled to the unclaimed funds applies to the court for payment due to them. On September 12, 2013, Ashley B Warren Rivera and Jamille Warren filed an application to have the unclaimed funds in the amount of $4,397.68 paid to themselves. Along with the application, they submitted a death certificate for Robert Michael Warren and an Affidavit for Collection of All Personal Property. These documents fail to establish the necessary entitlement to the unclaimed funds. When the owner of record is deceased and the decedent's estate (i.e. Administrator, Executor, Representative) petitions the court for release of unclaimed funds, the decedent's estate must provide to the court the following: proof of identity of the owner of record; proof of personal identity of the estate administrator; and certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

**IT IS HEREBY ORDERED** the application filed by Ashley B Warren Rivera and Jamille Warren is DENIED.