United States Bankruptcy Court for the
District of Arizona

IN RE:

Robert F. & Ann M. Kramer

Case No. 09-18453-PHX CGC

Judge Charles G. Case II

Debtor(s) /

REQUEST TO WITHDRAW
APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

An application for the release of Unclaimed Funds was filed by Brian J. Dilks of Dilks & Knopik, LLC, for the release of unclaimed funds held in the name of Harvey Gould, on January 16, 2013 (Docket # 86).

On the basis of new information recently provided to us, we now believe that our application has been entered on behalf of an incorrect Harvey Gould.

**THEREFORE**, we respectfully request to withdraw our Application for Release of Unclaimed Funds.

Respectfully Submitted:

Dated: January 17, 2013

Brian J. Dilks
Dilks & Knopik, LLC

On 1/17/2013 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Andrew T. Drake, Notary Public
My commission expires: August 9, 2015
Notary in and for the State of Washington

IN RE:

Robert F. & Ann M. Kramer

Debtor(s) /

Case No. 09-18453-PHX CGC

Judge Charles G. Case II

# NOTICE OF SERVICE

## OF REQUEST TO WITHDRAW APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given that on January 17, 2013 a copy of the Request to Withdraw Application for Release of Unclaimed Funds was mailed to the U.S. Attorney for the District of Arizona, 2 Renaissance Square, 40 N. Central Ave, Ste 1200, Phoenix, AZ 85004, and by electronic mail to Kelly Canham, kcanham@mcdougallgauley.com by:

Dated: January 17, 2013

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Barbara Gould for the Estate of Philip Harvey Gould